UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA ENVIRONMENTAL ACTION NETWORK, | ) ) ) |
| *Plaintiff,* | ) 3:10-cv-00187-BAJ-SCR ) ) Judge: Brian A. Jackson |
| v. | ) ) ) Magistrate Judge: Stephen C. Riedlinger |
| CITY OF BATON ROUGE and PARISH OF EAST BATON ROUGE, | ) ) ) |
| *Defendants*. | ) ) |

**PLAINTIFF'S MOTION FOR CONSIDERATION OF SUPPLEMENTAL AUTHORITY**

Plaintiff Louisiana Environmental Action Network respectfully submits this Motion for Consideration of Supplemental Authority in support of its Opposition to Defendant's Motion to Dismiss (No. 7). As grounds for its motion, Plaintiff states that the following two cases analyze the "diligent prosecution" standard of Clean Water Act § 309(g)(6)(A)(i), 33 U.S.C. § 1319(g)(6)(A)(i), which is analogous to the "diligent prosecution" standard of Clean Water Act § 505(b)(1)(B), 33 U.S.C. § 1365(b)(1)(B), at issue here. Accordingly, these cases are pertinent to the Defendant's Motion:

1. *Louisiana Environmental Action Network v. Sun Drilling Products Corp.*, 716 F. Supp. 2d 476, 480 (E.D. La. 2010) (citing *Citizens for a Better Env't v. Union Oil Co.*, 83 F.3d 1111, 1117 (9th Cir.1996) for the proposition that "once a settlement is reached between the state and the defendant, the claim is no longer being diligently prosecuted").

2. *Knee Deep Cattle Co., Inc. v. Bindana Investment Co. Ltd.*, 94 F.3d 514, 516 (9th Cir. 1996) ("[T]he [stipulation and final order] in the instant case was entered into before Knee

1

101-117

Case 3:10-cv-00187-BAJ-SCR   Document 24   03/07/11   Page 1 of 2

Deep filed suit, and therefore … it cannot be said that the state was diligently prosecuting an action at the time Knee Deep filed its citizen suit.").

**WHEREFORE**: For the foregoing reasons, this Court should GRANT the Plaintiff's Motion for Consideration of Supplemental Authority.

Respectfully submitted on March 7, 2011,

*/s/* Corinne Van Dalen

Corinne Van Dalen, Supervising Attorney for Carrol Hand
La. Bar No. 21175
Adam Babich, La. Bar No. 27177
Carrol Hand, Student Attorney
Tulane Environmental Law Clinic
6329 Freret Street
New Orleans, LA 70118-6321
Phone: (504) 865-5789; direct dial 862-8800
Fax: (504) 862-8721
*Counsel for Plaintiff Louisiana Environmental Action Network*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel of record by electronic means on March 7, 2011.

*/s/* Corinne Van Dalen

Corinne Van Dalen