UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LOUISIANA ENVIRONMENTAL
ACTION NETWORK

VERSUS

CITY OF EAST BATON ROUGE and
PARISH OF EAST BATON ROUGE

CIVIL ACTION

NO. 10-187-BAJ-SCR

## RULING

Considering the foregoing Plaintiff's Motion for Consideration of Supplemental Authority (doc. 24):

The Court construes the motion as a request for leave to supplement the record. Accordingly, to the extent plaintiff wishes to provide additional authority in the record in opposition to the motion to dismiss, the motion is hereby **GRANTED**.

Baton Rouge, Louisiana, March 17, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA